UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**AHMED ABDI MOHAMED**,

Petitioner,

v.

**JANET NAPOTTANO, Secretary of Homeland Security, ERIC HOLDER, Attorney General of the United States, SCOTT BANIECKE, Field Officer/Director, Immigrations and Customs Enforcement, BOB KINDLER, Warden of Freeborn County Jail,**,

Respondents.

Civil No. 13-1030 (SRN/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

---

The above-entitled matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham.  No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner's Petition for a writ of habeas corpus (ECF No. 1) **IS DISMISSED AS MOOT**.

3. This matter is dismissed in its entirety

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 21, 2013                    s/Susan Richard Nelson
                                            SUSAN RICHARD NELSON
                                            United States District Judge